# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| COREY BRADLEY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 4:11-CV-1184-NAB |
| ST. LOUIS CITY MUNICIPAL COURTS, | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004). Petitioner is currently confined at the Forest City Medium Federal Correctional Institution in Forrest City, Arkansas. Petitioner's custodian, therefore, is located within the Eastern District of Arkansas and not within the geographic boundaries of the Eastern District of Missouri. Consequently, this Court lacks jurisdiction to entertain the writ, and this case shall be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 12(h)(3).[1]

---

[1] If petitioner wishes to pursue his claim by filing a § 2241 action, he must do so in the judicial district in which his custodian is located.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**, without prejudice, for lack of jurisdiction.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 3rd day of August, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE